UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
MUHARREM BALKANLI, et al., :
                          Plaintiffs, :
: 20 Misc. 585 (LGS)
       -against- :
: ORDER
:
UNITED STATES OF AMERICA, et al. :
                         Defendants. :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, Plaintiffs filed this action as a miscellaneous action with a Miscellaneous Civil Cover Sheet.

    WHEREAS, this action does not fall under any miscellaneous cause of action category as outlined in the Memorandum titled "Miscellaneous Civil Case Opening and Electronic Filing of Applications" issued by Chief Judge Colleen McMahon on June 15, 2017. It is hereby

    **ORDERED** that Plaintiffs are directed to re-file this action as a civil case and either pay the associated filing fee or submit an in forma pauperis application.

    The Clerk of Court is respectfully directed to close this case.

Dated: January 6, 2021
       New York, New York

                                              LORNA G. SCHOFIELD
                                              UNITED STATES DISTRICT JUDGE